## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ROGER HULL, | 3:15-CV-0348-RCJ (VPC) |
| Plaintiff, | **MINUTES OF THE COURT** |
| vs. | August 25, 2016 |
| ROMEO ARANAS, et al., | |
| Defendants. | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN   REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff filed a motion to stay defendants' motion to dismiss or for summary judgment (ECF No. 29). Plaintiff also filed a motion for a scheduling order and for discovery (ECF No. 30). Defendants filed an omnibus response to both motions (ECF No. 35)[1] and plaintiff replied (ECF No. 37).

A discovery and scheduling order, if necessary, will not be issued in this case until the motion to dismiss or for summary judgment has been decided by the court. Plaintiff's motion to stay (ECF No. 29) and motion for a scheduling order and for discovery (ECF No. 30) are **DENIED.**

Plaintiff shall have to and including **Friday, September 16, 2016** to file an opposition to the defendants' motion to dismiss or, alternatively, for summary judgment. **No further extensions of time shall be granted**.

---

[1] Defendants' counsel is advised that the Court will not accept papers styled as "omnibus." Notwithstanding that plaintiff's motions may include similar fact or legal issues, it is defendants' counsel's obligation to file separate opposing points and authorities. Otherwise, confusion may result on the docket.

Plaintiff's motion for service (ECF No. 31) is **DENIED as moot** because the Office of the Attorney General has accepted service for defendant C/O Jones (ECF No.34).

**IT IS SO ORDERED.**

                LANCE S. WILSON, CLERK

      By:_____/s/_____
            Deputy Clerk