___ FILED   ___ RECEIVED
___ ENTERED   ___ SERVED ON
            COUNSEL/PARTIES OF RECORD

OCT 14 2016

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| ROGER HULL, | ) | 3:15-CV-0348-RCJ (VPC) |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | October 14, 2016 |
| ROMEO ARANAS, et al., | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN   REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

   Plaintiff's motion for reconsideration (ECF No. 41) of the court's August 25, 2016 order is **DENIED**.

   **IT IS SO ORDERED.**

                                    LANCE S. WILSON, CLERK

                                    By:_____/s/_____
                                         Deputy Clerk