# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| ROGER HULL, | ) | 3:15-cv-00348-RCJ-VPC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | November 4, 2016 |
| | ) | |
| ROMEO ARANAS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**PRESENT:**    THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

**DEPUTY CLERK:**    LISA MANN    **REPORTER:** NONE APPEARING

**COUNSEL FOR PLAINTIFF(S):** NONE APPEARING

**COUNSEL FOR DEFENDANT(S):** NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is defendants' motion for leave to file defendants' motion for leave to supplement (ECF No. 21), plaintiff's motion to strike (ECF No. 22) defendants' motion for leave to supplement (ECF No. 21), defendants' opposition (ECF No. 32) to plaintiff's motion to strike (ECF No. 21), and plaintiff's motion for joinder of parties and actions (ECF No 47).

This court has recommended defendants' motion to dismiss, or alternatively, for summary judgment (ECF No. 25) be granted and that plaintiff's motion for preliminary injunction (ECF No. 17) be denied as moot.[1]  Based on this, defendants' motion for leave to supplement (ECF No. 21) is **DENIED** as moot, plaintiff's motion to strike (ECF No. 22) is **DENIED** as moot, and plaintiff's motion for joinder (ECF No. 47) is **DENIED** as moot.

   **IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

BY:    /s/
   Deputy Clerk

---

[1] *See* ECF No. 48.