UNITED STATES DISTRICT CCOURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROGER HULL, | Case No.: 3:15-CV-00348-RCJ-VPC |
| Plaintiff, | ORDER |
| vs. | |
| ROMEO ARANAS, *et al.*, | |
| Defendant. | |

Before the Court is the Report and Recommendation of United States Magistrate Judge (ECF No. 48[1]) entered on November 4, 2016, recommending that the Court grant Defendants' Motion for Summary Judgment (ECF No. 25) and deny as moot Plaintiff's Motion for Preliminary Injunction (ECF No. 17). On November 14, 2016 Plaintiff filed Objections to Magistrate Judge's Report and Recommendation (ECF No. 50) and Defendants filed an Opposition to Plaintiff's Objections (ECF No. 51) on December 1, 2016.

The Court has conducted its *de novo* review in this case, has fully considered the objections of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (ECF No. 48) entered on November 4, 2016, should be ADOPTED and ACCEPTED.

---

[1] Refers to Court's docket number.

ORDER - 1

IT IS HEREBY ORDERED that Defendants' Motion for Summary Judgment (ECF No. 25) is GRANTED.

IT IS FURTHER ORDERED that Plaintiff's Motion for Preliminary Injunction (ECF No. 17) is DENIED as MOOT.

IT IS FURTHER ORDERED that the Clerk of the Court shall enter judgment accordingly and close the case.

IT IS SO ORDERED.

Dated this 4th day of January, 2017.

_____
ROBERT C. JONES
Senior District Judge